JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KAMY HANNA,

      Plaintiff,

             v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

      Defendant.

No. 2:24-cv-04838-AGR

~~[PROPOSED]~~ JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: October 8, 2024

HON. ALICIA G. ROSENBERG
United States Magistrate Judge

-1-