Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Kamy Hanna

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMY HANNA, <br>     Plaintiff, <br><br> vs. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br>     Defendant. | Case No.: 2:24-cv-04838-AGR <br><br> [PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND EIGHT HUNDRED DOLLARS** ($4,800.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  October 23, 2024

                                                */s/ Alicia G. Rosenberg*
                                                ALICIA G. ROSENBERG
                                               United States Magistrate Judge